**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>ROBERT PETE GOMEZ,<br><br>                    Defendant. | NO.  MJ16-444<br><br>DETENTION ORDER |

<u>Offense charged</u>:

    Supervised Release Violation

<u>Date of Detention Hearing</u>: October 17, 2016.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    Defendant absconded from drug treatment.

    2.    Defendant has ongoing substance abuse issues.

    3.    Defendant seems unable or incapable of abiding by supervision terms.

    4.    Defendant will remain in custody pending his initial appearance in the Eastern District of Washington.

5. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community, pending his appearance in the Eastern District of Washington.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending his initial appearance in the Eastern District of Washington and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 19th day of October, 2016.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge